Fifth Circuit for further consideration in light of Carachuri-Rosendo v. Holder, 560 U.S. 563, 130 S. Ct. 2577, 177 L. Ed. 2d 68 (2010).

Same case below, 366 Fed. Appx. 511 (first judgment); 357 Fed. Appx. 596 (third judgment).

**No. 09-5776. Ernest Whitfield, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

561 U.S. 1002, 130 S. Ct. 3451, 177 L. Ed. 2d 1052, 2010 U.S. LEXIS 5147.

June 21, 2010. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of Holland v. Florida, 560 U.S. 631, 130 S. Ct. 2549, 177 L. Ed. 2d 130 (2010).

**No. 09-7493. James D. Ford, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

561 U.S. 1002, 130 S. Ct. 3453, 177 L. Ed. 2d 1052, 2010 U.S. LEXIS 5175.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eleventh Circuit for further consideration in light of Holland v. Florida, 560 U.S. 631, 130 S. Ct. 2549, 177 L. Ed. 2d 130 (2010).

**No. 09-8640. Fu Sheng Kuo and Shengji Wang, Petitioners v. United States.**

561 U.S. 1002, 130 S. Ct. 3458, 177 L. Ed. 2d 1052, 2010 U.S. LEXIS 5061.

June 21, 2010. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Dolan v. United States, 560 U.S. 605, 130 S. Ct. 2533, 177 L. Ed. 2d 108 (2010).

Same case below, 588 F.3d 729.

**No. 09-8859. Raymond Ryals, Petitioner v. United States.**

561 U.S. 1003, 130 S. Ct. 3461, 177 L. Ed. 2d 1052, 2010 U.S. LEXIS 5075.

June 21, 2010. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of that court's en banc opinion in United States v. Corner, 598 F.3d 411 (CA7 2010).

Same case below, 351 Fed. Appx. 102.

**No. 09-8915. Rodney Anton Williamson, Petitioner v. United States.**

561 U.S. 1003, 130 S. Ct. 3461, 177 L. Ed. 2d 1052, 2010 U.S. LEXIS 5018.

June 21, 2010. On petition for writ of certiorari to the United States Court of